**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No.: 20-43963-399 |
| | ) | Honorable Barry S. Schermer |
| **GARBANZO MEDITERRANEAN** | ) | Chapter 11 Proceeding |
| **GRILL, LLC,** *et al.*, | ) | |
| | ) | Hearing Date: August 17, 2020 |
| Debtors[1]. | ) | Hearing Time: 10:00 a.m. |
| | ) | Hearing Location: Courtroom 5 North |
| | ) | St. Louis, Missouri |
| | ) | |
| | ) | Robert E. Eggmann, Esq. |
| | ) | Thomas H. Riske, Esq. |
| | ) | Danielle A. Suberi, Esq. |
| | ) | Carmody MacDonald P.C. |
| | ) | 120 South Central, Suite 1800 |
| | ) | St. Louis, Missouri 63105 |
| | ) | (314) 854-8600 |
| | ) | ree@carmodymacdonald.com |
| | ) | thr@carmodymacdonald.com |
| | ) | das@carmodymacdonald.com |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on August 12, 2020 (the "**Petition Date**"), Garbanzo Mediterranean Grill, LLC and its affiliated debtors and debtors in possession (each a "**Debtor**" and, collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Eastern District of Missouri (the "**Court**") commencing the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, together with the chapter 11 petitions, the Debtors also requested an expedited hearing before the Court (the "**First Day Hearing**") to consider certain motions (collectively, the "**First Day Motions**") filed on the Petition Date as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Garbanzo Mediterranean Grill, LLC (8872), Garbanzo Mediterranean Fresh, LLC (8872), Garbanzo Mediterranean Fresh Missouri, LLC (8872), and Garbanzo Mediterranean Grill Franchising, LLC (8872). The address of the Debtors' corporate headquarters is 7700 E. Arapahoe Road, Suite 270, Centennial, CO 80112.

follows: *Motion to Expedite Hearing on First Day Motions; Amended Motion for Joint Administration of Cases; Application of Debtors-In-Possession for the Entry of an Order 11 U.S.C. §327(A) and Fed. R. Bankr. P. 2014(A) Authorizing the Employment of Carmody MacDonald P.C. as Counsel; Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. §§ 361 and 363 and 364; (II) Granting Adequate Protection, Pursuant to 11 U.S.C. §§ 361 and 363; and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(b) and (c); Emergency Motion for Authority to Perform Obligations Necessary to Maintain Existing Insurance; Emergency Motion for Order Authorizing Payment of Pre-Petition Wages, Salaries, Bonuses, Reimbursable Employee Expenses and Medical and Other Employee Benefits, and to Authorize Payment of Post-Petition Wages to Insiders in the Ordinary Course of Business; Emergency Motion for an Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payments; and Motion of the Debtors for Entry of AN Order (I) Authorizing the Debtors to Pay Prepetition Obligations in the Ordinary Course of business to (A) Critical Vendors and (B) 503(b)(9) Claimants and (II) Granting Related Relief;*

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the First Day Hearing to commence on **August 17, 2020 at 10:00 a.m. (prevailing Central Time)** in Courtroom 5-North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri. Interested parties who wish to appear telephonically may request dial-in information from the Courtroom Deputy, Shontelle McCoy, at (314) 244-4806, Shontelle_McCoy@moeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the First Day Motions carefully and discuss them with your attorney, if you have one in the chapter 11 cases. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your views on the First Day Motions, then you or your attorney must attend the First Day Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter orders granting the relief requested in the First Day Motions.

Dated:  August 13, 2020
St. Louis, Missouri

Respectfully submitted,

CARMODY MACDONALD P.C.

By: /s/ *Robert E. Eggmann*
ROBERT E. EGGMANN #37374MO
THOMAS H. RISKE #61838MO
DANIELLE SUBERI #59688
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
thr@carmodymacdonald.com
das@carmodymacdonald.com

PROPOSED ATTORNEYS FOR DEBTORS