**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No.: 20-43963-399 |
| | ) | Honorable Barry S. Schermer |
| **GARBANZO MEDITERRANEAN** | ) | Chapter 11 Proceeding |
| **GRILL, LLC,** *et al.***,** | ) | |
| | ) | |
| Debtors. | ) | Robert E. Eggmann, Esq. |
| | ) | Thomas H. Riske, Esq. |
| | ) | Carmody MacDonald P.C. |
| | ) | 120 South Central, Suite 1800 |
| | ) | St. Louis, Missouri 63105 |
| | ) | (314) 854-8600 |
| | ) | ree@carmodymacdonald.com |
| | ) | thr@carmodymacdonald.com |
| | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COME NOW Danielle A. Suberi., and for her Motion to Withdraw as counsel of record for Debtor Garbanzo Mediterranean Grill, LLC, et al ("Debtor") state as follows:

1. On August 12, 2020, Debtor Garbanzo Mediterranean Grill, LLC filed Chapter 11 bankruptcy in the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division (the "Bankruptcy Court"). (Case No. 20-43963).

2. The cases associated and jointly administered to Garbanzo are as follows:

    a. Garbanzo Mediterranean Grill Franchising, LLC, Case No. 20-43964;

    b. Garbanzo Mediterranean Fresh, LLC, Case No. 20-43965, and

    c. Garbanzo Mediterranean Fresh Missouri, LLC, Case No.: 20-43966.

3. On August 13, 2020, Attorney Danielle A. Suberi, entered her notice of appearance and request for copies of all pleadings and notice and orders (Doc #4).

4. Danielle A. Suberi has resigned from her position at Carmody MacDonald P.C. and therefore, wishes to withdraw as counsel of record.

5. Robert E. Eggmann, Thomas H. Riske, Dormie Yu Heng Ko and Carmody MacDonald P.C. will continue to represent the Debtor Garbanzo Mediterranean Grill, LLC, et al.

6.  In accordance with Rule 2091 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Missouri, this Court may grant Danielle A. Suberi leave to withdraw upon Motion by counsel.

7.  Debtor's last known address appears in the Certificate of Service below.

WHEREFORE, Danielle A. Suberi. hereby request this Court enter its Order granting her leave to withdraw as counsel of record for Debtor Garbanzo Mediterranean Grill, LLC, et al in the above-styled matter; and for such other and further relief as this Court deems just and proper in the premises.

Respectfully Submitted,

CARMODY MACDONALD P.C.

By: /s/ *Danielle A. Suberi*
ROBERT E. EGGMANN #37374MO
THOMAS H. RISKE #61838MO
DANIELLE A. SUBERI #59688MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
thr@carmodymacdonald.com
das@carmodymacdonald.com

ATTORNEYS FOR GARBANZO MEDITERRANEAN GRILL, LLC, ET AL.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on each counsel of record participating in the court's electronic case filing (ECF) system by filing this document through the ECF system and via U.S. Mail to the addresses below on this December 23, 2020.

  */s/ Danielle A. Suberi*